```
                          United States Bankruptcy Court
                           Eastern District of New York

In re:                                                     Case No. 14-46015-nhl
Jarvis L Stewart                                           Chapter 7
       Debtor             CERTIFICATE OF NOTICE

District/off: 0207-1       User: dcapers            Page 1 of 2         Date Rcvd: Dec 01, 2014
                           Form ID: 245             Total Noticed: 41


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 03, 2014.
db           #+Jarvis L Stewart,    808 Park Place,    Apt.# 3B,    Brooklyn, NY 11216-3960
smg           +NYC Department of Finance,    345 Adams Street, 3rd Floor,    Attn: Legal Affairs - Devora Cohn,
                Brooklyn, NY 11201-3719
smg           +NYS Department of Taxation & Finance,    Bankruptcy Unit,    PO Box 5300,    Albany, NY 12205-0300
smg           +NYS Unemployment Insurance,    Attn: Insolvency Unit,    Bldg. #12, Room 256,
                Albany, NY 12240-0001
8464009        ARS National Services Inc,    P.O. Box 463023,    Escondido, CA 92046-3023
8464008       +American Express,    Po Box 3001,    16 General Warren Blvd,    Malvern, PA 19355-1245
8464014      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Citibank Sd, Na,     Attn: Centralized Bankruptcy,    Po Box 20363,
                Kansas City, MO 64195)
8464010       +Capital 1 Bank,    Attn: General Correspondence,    Po Box 30285,
                Salt Lake City, UT 84130-0285
8464012       +Chase,    P.o. Box 15298,    Wilmington, DE 19850-5298
8464015       +Client Services, Inc.,    3451 Harry Truman Blvd.,    Saint Charles, MO 63301-9816
8464019       +ELH Management,    98 Rockwell Place,    Brooklyn, NY 11217-1118
8464020       +Empire state college,    Bursars Office,    2 Union Ave,    Saratoga Springs, NY 12866-4310
8464021       +FMA Alliance Ltd.,    12339 Cutten Road,    Houston, TX 77066-1807
8464022       +Gatestone,    1000 N. West St.,    Suite - 1200,    Wilmington, DE 19801-1058
8464023       +Kingsbrook Medical Ctr,    6880 W Snowville rd #110,    Brecksville, OH 44141-3254
8464025        MBI,   Collection Specialists,    100 Merrick Rd.,    #430 W,    Rockville Centre, NY 11570-4806
8464028       +NES,    National Enterprise Solut,    29125 Solon Road,    Solon, OH 44139-3442
8464029        NYS Attorney General,    Civil Prosecution Bureau,    Justice Building,    Albany, NY 12224
8464030       +NYS Attorney General - BK,    55 Hanson Place,    Suite 1080,    Brooklyn, NY 11217-1523
8464032       +NYS Attorney General - NY,    120 Broadway,    Att: Bankruptcy,    New York, NY 10271-0332
8464034       +NYS Dept. Tax & Finance,    Bankruptcy Unit,    P.O. Box 5300,    Albany, NY 12205-0300
8464033       +NYS Dept. Tax & Finance,    Bankruptcy Unit - TCD,    Building 8 Room 455,
                W.A.Harriman State Campus,    Albany, NY 12227-0001
8464037       +Revenue Collection Mgr,    City of Waterbury,    235 Grand St.,    Waterbury, CT 06702-1915
8464038       +Solomon & Solomon PC,    5 Columbia Circle,    Albany, NY 12203-6374
8464039       +Sunrise Credit Services,    260 Airport Plaza,    P.O. Box 9100,    Farmingdale, NY 11735-9100
8464041       +Taxserv Capital serv,    750 Main St.,    #510,    Hartford, CT 06103-2714
8464043       +United Collection Bureau,    5620 Southwyck Blvd.,    Suite# 206,    Toledo, OH 43614-1501
8464044       +Vanessa Roberts,    618 East 21st St.,    Apt. A8,    Brooklyn, NY 11226-7216
8464045       +Veldos,    POB # 358,    Ramsey, NJ 07446-0358
8464046       +Wells Fargo Card Ser,    1 Home Campus,    3rd Floor,    Des Moines, IA 50328-0001
8464026       +mercantile,    35A Rust La.,    Boerne, TX 78006-8202
8464035       +optimum,    200 Jericho Quadrangle,    Jericho, NY 11753-2701
8464036       +recovery's unlimited,    P.O.B 1357,    Melville, NY 11747-0410
8464042       +taxserve,    1313 Dolly madison rd,    # LL-130,    Mc Lean, VA 22101-3976

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           +E-mail/Text: ustpregion02.br.ecf@usdoj.gov Dec 01 2014 18:25:58
                Office of the United States Trustee,    Eastern District of NY (Brooklyn Office),
                U.S. Federal Office Building,    201 Varick Street, Suite 1006,    New York, NY 10014-9449
8464011       +E-mail/Text: ering@cbhv.com Dec 01 2014 18:26:00       CBHV,   P.O.B. 3495,
                Toledo, OH 43607-0495
8464013       +E-mail/Text: bk.notifications@jpmchase.com Dec 01 2014 18:25:57        Chase Auto,
                Attn:National Bankruptcy Dept,    Po Box 29505,    Phoenix, AZ 85038-9505
8464016       +E-mail/Text: bankruptcy_notifications@ccsusa.com Dec 01 2014 18:26:33
                Credit Collections Svc,    Po Box 773,    Needham, MA 02494-0918
8464024       +E-mail/Text: ebn@ltdfin.com Dec 01 2014 18:25:56       LTD Financial Svcs.,
                7322 Southwest Freeway,    Suite - 1600,    Houston, TX 77074-2134
8464027        E-mail/Text: bankruptcynotice@nymcu.org Dec 01 2014 18:26:21        Municipal Credit Uni,
                22 Cortlandt St,    New York, NY 10007
8464040       +E-mail/PDF: gecsedi@recoverycorp.com Dec 01 2014 18:28:30        Syncb/sleepys,
                C/o Po Box 965036,    Orlando, FL 32896-0001
                                                                                                TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
8464017        Debt Collectors,    Collection Agencies and,    Attorneys for Matrix
8464018        Debt Collectors2,    Collection Agencies and,    Attorneys for Matrix
8464031*      +NYS Attorney General - BK,    55 Hanson Place,    Suite 1080,    Brooklyn, NY 11217-1523
                                                                                   TOTALS: 2, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0207-1          User: dcapers              Page 2 of 2              Date Rcvd: Dec 01, 2014
                              Form ID: 245               Total Noticed: 41
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2014                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 1, 2014 at the address(es) listed below:
              Gregory Messer    gremesser@aol.com,   lduc@aol.com,gmesser@messer-law.com,
               mwilliams@messer-law.com,ny54@ecfcbis.com
              Jacob  Silver    on behalf of Debtor Jarvis L Stewart advocate@mindspring.com
              Office of the United States Trustee    USTPRegion02.BR.ECF@usdoj.gov
                                                                                   TOTAL: 3
```

# United States Bankruptcy Court

Eastern District of New York
271−C Cadman Plaza East, Suite 1595
Brooklyn, NY 11201−1800

## NOTICE OF ELECTRONIC FILING PROCEDURE −

## INFORMATION REGARDING MEETING OF CREDITORS

**Case Name: Jarvis L Stewart**

**Case Number: 1−14−46015−nhl**          **Date Filed: November 26, 2014**

The above case was filed electronically, and is accessible via the Court's Internet site at http://www.nyeb.uscourts.gov. In compliance with EDNY LBR 9011−1(b) and the court's General Order on Electronic Filing Procedures ("General Order #559"), whenever any applicable statute, rule or order requires a document to be signed and the document is electronically filed, the document shall contain an electronic signature or a scanned copy of the original signature. An electronic signature shall consist of "s/" followed by the first and last name of the person signing. Security of a password issued to an attorney is the attorney's responsibility. An original signed copy of all filings shall be maintained in the attorney's file in accordance with General Order #559.

All parties with legal representation must file documents by one of the following methods:

1. **INTERNET (Preferred Method):** The requirements for filing, viewing and retrieving case documents over the Internet are: A personal computer running Microsoft Windows; an Internet provider using dial−up, or broadband; Mozilla Firefox or Internet Explorer; Adobe Acrobat to convert word processor formatted documents to portable document format (PDF); and a document scanner. The URL address is www.nyeb.uscourts.gov. A password is needed to file documents into this system. Please contact the Court to obtain a password. In addition, a Pacer login is needed to view or print documents from this system. A Pacer login can be obtained by calling the Pacer Service Center at 1−800−676−6856 or by visiting their website at http://pacer.psc.uscourts.gov.

2. **DISKETTE or CD−ROM/DVD, PDF FORMAT:** If you are not equipped or have not registered to file over the Internet, you must submit your documents on a diskette or CD−ROM/DVD, in PDF format. Adobe Acrobat software will provide you with the ability to create documents in PDF format; additionally, word processing programs such as Corel WordPerfect and Microsoft Word include a built−in conversion utility. Use a separate diskette or CD−ROM/DVD for each filing. Submit the diskette or CD−ROM/DVD in an envelope with the case name, case number, type and title of the document, and the file name on the diskette or CD−ROM/DVD.

**Important Note: Proofs of claim may be filed over the Internet, on diskette or CD−ROM/DVD, or in paper form.**

Adversary Proceedings filed relative to cases assigned to the ECF system will also be assigned to the system. Documents filed in such proceedings MUST comply with the foregoing electronic filing requirements.

In Chapter 7, 12 and 13 cases, the debtor is responsible for serving a copy of the petition on the trustee appointed in the case. Refer to the Notice of Meeting of Creditors accompanying this notice for the name and mailing address of the trustee.

In Chapter 11 cases, the debtor is responsible for serving a copy of the petition on the Internal Revenue Service and the Securities and Exchange Commission. Refer to second page of the Notice of Meeting of Creditors accompanying this notice for their respective addresses.

Parties without legal representation may file documents in paper form, in accordance with procedures set forth in the court's Local Rules.

Dated: December 1, 2014

For the Court, Robert A. Gavin, Jr., Clerk of Court

# **NOTICE TO CHAPTER 7 DEBTORS AND DEBTORS' ATTORNEYS**

What To Submit Prior To The Meeting Of Creditors

You must submit to the Chapter 7 Trustee assigned to your case the following:

1. A copy of the Chapter 7 petition (complete with all schedules and the statement of financial affairs) which bears a copy of the Debtor's signature.

Note: The petition should not reflect the Debtor's signature as /s/.

2. Copies of all payment advices (i.e., pay stubs) or other evidence of payment received within 60 days before the date of the filing of the petition by the Debtor from any employer of the Debtor. (*See* Bankruptcy Code § 521(a)(1)(iv))

Note: If such payment advices are not available or the Debtor does not have payment advices then the Debtor should provide the Trustee and file with the Bankruptcy Court a notarized affidavit of the Debtor explaining the circumstances.

3. A copy of the Federal income tax return (or a transcript of such return) for the most recent tax year ending immediately before the commencement of the case and for which the Federal income tax return was filed.

Note: The tax return or transcript must be provided to the Chapter 7 Trustee no later than 7 days before the meeting of creditors. (*See* Bankruptcy Code § 521(e)(2)(A)(i)) The tax return or transcript should **NOT** be filed with the Bankruptcy Court.

The Chapter 7 Trustees request that this information be provided as soon as possible after the petition is filed. The name and address of the assigned Chapter 7 Trustee appears on the meeting notice.

These requirements do not supersede or replace any of the requirements under the Bankruptcy Code, Bankruptcy Rules and Local Bankruptcy Rules.

What to bring to the Meeting of Creditors

Each Chapter 7 Debtor should bring to the meeting of creditors: (a) original government issued photo identification **and** (b) an original social security card or other original government issued document that reflects the Debtor's social security number.

**BLnef.jsp** [Notice of Electronic Filing rev. 12/14/2010]